# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**JOSEPH ROBERT SHARPE,**<br><br>　　　　　Defendant. | CR NO: 2:14-CR-43 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: **JOSEPH ROBERT SHARPE**

Detained at: Butte County Sheriff's Office

Detainee is:　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　charging detainee with: _____

　or　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☐ return to the custody of detaining facility upon termination of proceedings

　or　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 17, 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 17, 2014, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 3, 2014

　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　Honorable Allison Claire
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 130041 | DOB: | 10/11/1978 |
| Facility Address: | 33 County Center Drive, Oroville, CA 95965 | Race: | |
| Facility Phone: | (530) 538-7471 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　(signature)