# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:14-CR-043-KJM |
| **JOSEPH ROBERT SHARPE,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: **JOSEPH ROBERT SHARPE**
Detained at: Butte County Sheriff's Office
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORTHWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/18/2014     /s/ Carolyn K. Delaney
           Honorable Carolyn K. Delaney
           U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 130041 | DOB: | 10/11/1978 |
| Facility Address: | 33 County Center Drive, Oroville, CA | Race: | |
| Facility Phone: | (530) 538-7471 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                 (signature)