# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:14-CR-043-KJM |
| **JOSEPH ROBERT SHARPE,** | |
| Defendant. | |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: **JOSEPH ROBERT SHARPE**
Detained at: Deuel Vocational Institution

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | Sherry D. Hartel Haus, (916) 554-2711 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: July 22, 2014 | /s/ Kendall J. Newman |
| | Honorable Kendall J. Newman |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | AU0537 | DOB: | 10/11/1978 |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95376 | Race: | |
| Facility Phone: | (209) 835-4141 | FBI#: | |
| Currently | P.O. Box 400, Tracy, CA 95378-0004 | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)