BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ROBERT SHARPE,<br><br>Defendants. | CASE NO.  2:14-CR-00043-KJM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HERBEY STIUPLATED AND AGREED by the parties that the documents provided as discovery in this case to defense counsel is subject to a Protective Order.  Defendant is charged with conspiracy related to a tax refund fraud scheme.

The parties agree that discovery in this case contains "Protected Information," including but not limited to, victim and witness tax information and records, social security numbers, and dates of birth. The Protective Order extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is entrusted to counsel only for the purposes of representing his client, the defendant, in this criminal case and for no other purpose.  Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than his designated defense investigators, experts, and support staff. Defense counsel will have a duty to inform his defense investigators, experts, and support staff of this

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE:
DISSEMINATION OF DISCOVERY DOCUMENTS
CONTAINING PERSONAL IDENTIFYING INFORMATION

1

1 Order and provide them with a copy of it.  Defense counsel may permit the defendant to review the
2 Protected Information and be aware of the its contents, but defendant shall not be given control of the
3 Protected Information or provided any copies of the Protected Information that have not been redacted
4 of the Protected Information.  Any person receiving Protected Information or a copy of the Protected
5 Information from defendant's counsel shall be bound by the same obligations as counsel and further
6 may not give the Protected Information to anyone (except that the protected documents shall be returned
7 to counsel).

8 Counsel agrees to store Protected Information in a secure place and to use care to ensure that
9 information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case,
10 defense counsel agrees to destroy all copies of Protected Information or to return the Protected
11 Information to the United States and certify that this has been accomplished.

12 Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may make
13 copies of the Protected Information for trial preparation and presentation.  Any copies must, however,
14 retain in the possession of counsel, investigator, staff, expert or the court.

15 Nothing in this Stipulation and Protective Order prevents defense counsel or the defendant from
16 maintaining unredacted copies of records concerning the defendant's own Protected Information.

17 In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
18 withhold these documents form new counsel unless and until substituted counsel agrees also so be
19 bound by this order.

20 Dated:  August 4, 2014                                              BENJAMIN B. WAGNER
                                                                                         United States Attorney
21

22                                                                                 By:  /s/ Sherry D. Hartel Haus
                                                                                         SHERRY D. HARTEL HAUS
23                                                                                  Assistant United States Attorney

24

25 Dated:  August 4, 2014                                           By:  /s/ Benjamin D. Galloway
                                                                                         BENJAMIN D. GALLOWAY
26                                                                                  Attorney for Defendant Joseph Robert
                                                                                         Sharpe
27 /
   /
28 /

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE:
DISSEMINATION OF DISCOVERY DOCUMENTS
CONTAINING PERSONAL IDENTIFYING INFORMATION

2

1    **IT IS SO ORDERED.**

2    **Dated:  August 5, 2014**

4    Dad1.crim
Sharpe.0043.stipo.proto.doc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION

3