1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSEPH ROBERT SHARPE
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      ) Case No. 2:14-cr-043 GEB
   |                                )
11 |              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
   |                                ) TO CONTINUE STATUS CONFERENCE
12 |     v.                          )
   |                                )
13 | JOSEPH ROBERT SHARPE, et al.,   ) Date: May 20, 2016
   |                                ) Time: 9:00 a.m.
14 |              Defendants.        ) Judge: Hon. Garland E. Burrell, Jr.
   |                                )
15

16         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney,

17 through Sherry Haus, Assistant United States Attorney, attorney for Plaintiff, and Heather

18 Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway,

19 attorney for Joseph Sharpe, and attorneys, William Bonham, counsel for Donald Loyde Harned;

20 and Dustin Johnson, counsel for Edwin Forrest Ludwig, III, that the status conference scheduled

21 for May 20, 2016, at 9:00 a.m., be vacated and the matter continued to July 29, 2016, at 9:00

22 a.m., for further status conference.

23         This continuance is necessary as the parties are at various stages in plea negotiations and

24 require additional time to review discovery, investigate the facts of this case, and hold

25 discussions with the government and their respective clients in furtherance of resolution. Counsel

26 for the government is working to produce and revise plea offers; counsel for Mr. Sharpe is in the

27 process of obtaining documents relating to a medical diagnosis, and also looking into an appeal

28 now pending in state court, both of which are likely to affect resolution; counsel for Harned is

reviewing a proposed plea offer and needs further time to investigate and to meet with his client who is on pretrial release in Oklahoma City; and counsel for Ludwig, III recently received a proposed plea agreement from Assistant U.S. Attorney Haus and further time is needed to meet with his client and conduct investigation based thereon.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 29, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 17, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for JOSEPH ROBERT SHARPE

*/s/ William Bonham*
WILLIAM BONHAM
Attorney for Donald Loyde Harned

*/s/ Dustin Johnson*
DUSTIN JOHNSON
Attorney for Edwin Forrest Ludwig III

DATED: May 17, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Sherry Haus*
SHERRY HAUS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 29, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 20, 2016 status conference shall be continued until July 29, 2016, at 9:00 a.m.

Dated:  May 17, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge