1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5
   Attorney for defendant
6  DONALD HARNED

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  2:14-CR-00043-GEB

12            Plaintiff,          **STIPULATION AND ORDER
                                   TO CONTINUE STATUS CONFERENCE**
13        v.
                                   Date: July 29, 2016
14  LUDWIG et. al.,                Time: 9:00 a.m.
                                   Judge: Hon. Garland E. Burrell
15            Defendants.

16

17      The defendants Donald Loyde Harned, Joseph Robert Sharp and

18  Edwin Forrest Ludwig, III, by and through their undersigned

19  counsel, and the United States, by and through its undersigned

20  counsel, hereby agree and request the status conference currently

21  set for Friday, July 29, 2016 at 9:00 am be vacated and continued

22  to Friday, September 2, 2016 at 9:00 am.

23      This continuance is necessary as the parties are at various

24  stages in plea negotiations and require additional time to review

25  discovery, investigate the facts of this case, and hold

26  discussions with the government and their respective clients in

27  furtherance of resolution.  Counsel for the government is working

28  to produce and revise plea offers; counsel for Mr. Sharpe is in

                              1

1  the process of obtaining documents relating to a medical

2  diagnosis, and also looking into an appeal now pending in state

3  court, both of which are likely to affect resolution; counsel for

4  Harned is reviewing a proposed plea offer and needs further time

5  to investigate and to meet with his client who is on pretrial

6  release in Oklahoma City; and counsel for Ludwig III has received

7  a proposed plea agreement and needs additional time to review and

8  discuss it with his client.

9      The parties stipulate that the Court shall find and order:

10  (1) the failure to grant a continuance in this case would deny

11  defense counsel reasonable time necessary for effective

12  preparation, taking into account the exercise of due diligence;

13  (2) the ends of justice to be served by granting the requested

14  continuance outweigh the best interests of the public and the

15  defendants in a speedy trial; and (3) time beginning from the

16  parties' stipulation on July 22, 2016, up to and including the

17  March 18, 2016, status conference shall be excluded from the

18  computation of time within which the trial of this matter must be

19  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

20  3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

21  counsel reasonable time to prepare.

22      I, William E. Bonham, the filing party, have received

23  authorization from AUSA Amy Hitchcock and remaining defense

24  counsel to sign and submit this stipulation and proposed order on

25  their behalf.

26

27

28

```
 1   Dated: July 22, 2016                 PILLIP A. TALBERT
                                          Acting United States Attorney
 2
                                          /s/ Amy Hitchcock
 3                                        _____
                                          AMY HITCHCOCK
 4                                        Assistant U.S. Attorney

 5
     Dated: July 22, 2016                 /s/ William Bonham
 6                                        _____
                                          WILLIAM BONHAM
 7                                        Counsel for defendant
                                          Donald Harned
 8

 9   Dated: July 22, 2016                 HEATHER WILLIAMS
                                          Federal Defender
10
                                          /s/ Benjamin Galloway
11                                        _____
                                          BENJAMIN GALLOWAY
12                                        Assistant Federal Defender
                                          Counsel for defendant
13                                        Joseph Robert Sharp

14   Dated: July 22, 2016                 /s/ Dustin D. Johnson
                                          _____
15                                        DUSTIN D. JOHNSON
                                          Counsel for defendant
16                                        Edwin Forrest Ludwig, III

17

18

19

20

21

22

23

24

25

26

27

28
```

3

1

**ORDER**

2        IT IS ORDERED that the status conference currently set for

3   Friday, July 29, 2016 at 9:00 am is vacated and continued to

4   Friday, September 2, 2016 at 9:00 a.m.  Based on the stipulation

5   of the parties, I find that the failure to grant such a

6   continuance would deny defense counsel reasonable time necessary

7   for effective preparation, taking into account the exercise of

8   due diligence. Accordingly, the time within which the trial of

9   this case must be commenced under the Speedy Trial Act is

10  excluded from the date of the parties' stipulation, July 22,

11  2016, up to and including the date of the new status conference,

12  September 2, 2016, pursuant to Local Code T4 and 18 U.S.C. §

13  3161(h)(7)(A) and (B)(iv).  I specifically find that the ends of

14  justice served by granting this continuance outweigh the best

15  interest of the public and defendants in a speedy trial within

16  the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local

17  Code T-4.

18        Dated:  July 25, 2016

19

20        _____

21        GARLAND E. BURRELL, JR.
          Senior United States District Judge

22

23

24

25

26

27

28

4