William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DONALD HARNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUDWIG et. al.,<br><br>        Defendants. | No.  2:14-CR-00043- KJM-GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: February 10, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The defendants Donald Loyde Harned, Joseph Robert Sharpe and Edwin Forrest Ludwig, III, by and through their undersigned counsel, and the United States, by and through its undersigned counsel, hereby agree and request the status conference currently set for Friday, February 10, 2017 at 9:00 am be vacated and continued to Friday, February 24, 2017 at 9:00 am.

This continuance is necessary to allow the defendants and their counsel additional time to review and discuss proposed plea agreements, further review discovery, investigate the facts of the case, analyze relevant law and application of the Sentencing Guidelines, and otherwise hold discussions regarding the case, in ways that are necessary whether the defendants plead guilty or

proceed to trial.

Based on this understanding, counsel for the government does not object to this continuance.

The parties stipulate that the Court shall find and order: (1) the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial; and (3) time beginning from the parties' stipulation on February 7, 2017, up to and including the February 24, 2017, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

| | |
|---|---|
| Dated: February 7, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Amy Hitchcock<br>AMY HITCHCOCK<br>Assistant U.S. Attorney |
| Dated: February 7, 2017 | /s/ William Bonham<br>WILLIAM BONHAM<br>Counsel for defendant<br>Donald Harned |
| Dated: February 7, 2017 | HEATHER WILLIAMS<br>Federal Defender<br><br>By:/s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Counsel for defendant<br>Joseph Robert Sharpe |

| | |
|---|---|
| Dated: February 7, 2017 | By:/s/ Dustin D. Johnson<br>DUSTIN D. JOHNSON<br>Counsel for defendant<br>Edwin Forrest Ludwig, III |

**ORDER**

IT IS ORDERED that the status conference currently set for Friday, February 10, 2017 at 9:00 am is vacated and continued to Friday, February 24, 2017 at 9:00 a.m.  Based on the stipulation of the parties, I find that the failure to grant such a continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, February 7, 2017, up to and including the date of the new status conference, February 24, 2017, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7)(A) and (B)(iv) and Local Code T-4.

Dated:  February 8, 2017

*[signature]*

GARLAND E. BURRELL, JR.
Senior United States District Judge