| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JOSEPH ROBERT SHARPE |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-043 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| JOSEPH ROBERT SHARPE, | ) Date: October 20, 2017 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Amy Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Joseph Sharpe, that the status conference scheduled for October 20, 2017, at 9:00 a.m., be vacated and the matter continued to December 1, 2017, at 9:00 a.m., for further status conference, as to defendant Joseph Robert Sharpe, only.

The parties continue to meet and confer, and these discussions have prompted additional factual and legal points of investigation and research for the defense. Thus, this continuance is necessary to allow the defense additional time to review discovery, investigate the facts of the case, analyze relevant law and application of the Sentencing Guidelines, hold discussions in furtherance of a negotiated resolution, and otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 1, 2017; pursuant to 18 U.S.C.

Stipulation and Proposed Order -1-

| | |
|---|---|
| 1 | §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 |
| 2 | based upon continuity of counsel and defense preparation. |
| 3 |     Counsel and the defendants also agree that the ends of justice served by the Court |
| 4 | granting this continuance outweigh the best interests of the public and the defendants in a speedy |
| 5 | trial. |

DATED: October 16, 2017

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Benjamin D. Galloway*
                                                  BENJAMIN D. GALLOWAY
                                                  Chief Assistant Federal Defender
                                                  Attorney for JOSEPH ROBERT SHARPE

DATED: October 16, 2017              PHILLIP A. TALBERT
                                                  United States Attorney

                                                  */s/ Amy Hitchcock*
                                                  AMY HITCHCOCK
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 1, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2017 status conference, as to defendant, Joseph Robert Sharpe, shall be continued until December 1, 2017, at 9:00 a.m.

Dated: October 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge